

# United States District Court
# Eastern District of California

| James Duggan, et al. |
|---|
Plaintiff(s)

V.

| Biomet Inc., et al |
|---|
Defendant(s)

Case Number: | 2:25cv0100 CKD |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Jeffrey L. Haberman__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
James Duggan and Irene Duggan

On __06/17/2013__ (date), I was admitted to practice and presently in good standing in the __USDC for the Southern District of Florida__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __01/09/2025__      Signature of Applicant: /s/ __Jeffrey L. Haberman__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeffrey L. Haberman |
| Law Firm Name: | SCHLESINGER LAW OFFICES, P.A. |
| Address: | 1212 S.E. 3rd Ave. |
| City: | Fort Lauderdale   State: FL   Zip: 33316 |
| Phone Number w/Area Code: | (954) 467-8800 |
| City and State of Residence: | Hollywood, Florida |
| Primary E-mail Address: | JHaberman@schlesingerlaw.com |
| Secondary E-mail Address: | aifhylton@schlesingerlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mitchell S. Golub |
| Law Firm Name: | Law Offices of Golub & Associates, PLC |
| Address: | 603 N. Highway 101, Suite C |
| City: | Solana Beach   State: CA   Zip: 92075 |
| Phone Number w/Area Code: | (858) 457-0300   Bar #: 110549 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 02/19/25

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing (Modified by FLSD)



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,  **Angela E. Noble,**  Clerk of the United States District Court for the Southern District of Florida,

do certify that  **Jeffrey Louis Haberman** ,  Florida Bar #  **98522**, was duly admitted to practice in this Court on  **06/17/2013,**  and is in good standing as a member of the Bar of this Court.

Dated at:  **Ft. Lauderdale, Florida**  on  **November 20, 2024**.

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: /s/ Nadhege Augustin
**Deputy Clerk**