UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JAMES DUGGAN and IRENE DUGGAN, | Case No. 2:25-cv-00100-TLN-CKD |
| Plaintiffs, | Hon. Troy L. Nunley<br>Mag. Judge Carolyn K. Delaney<br>Courtroom 2 (15th Floor) |
| v. | |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING, LLC; BIOMET US RECONSTRUCTION, LLC; and ZIMMER BIOMET HOLDINGS, INC. | **ORDER GRANTING JOINT STIPULATION FOR LIMITED EXTENSION OF PRE-TRIAL DEADLINES** |
| Defendants. | [Filed Concurrently with Joint Stipulation for Limited Extension of Pre-Trial Deadlines] |
| | Complaint Filed:     January 9, 2025 |

- 1 -

On February 9, 2026, the Parties filed a Joint Stipulation for Limited Extension of Pre-Trial Deadlines ("Stipulation"). For the reasons set forth in the Stipulation, the Court finds good cause exists to grant the Stipulation.

Pursuant to the Stipulation of the Parties, the May 5, 2025, initial pretrial scheduling order is HEREBY AMENDED as follows:

1. Fact discovery deadline is continued from March 18, 2026, to **May 18, 2026**;

2. Deadline to file and serve expert designations and reports is continued from May 5, 2026, to **July 10, 2026**;

3. Deadline to file and serve supplemental expert designations and reports is continued from June 17, 2026, to **August 17, 2026**;

4. Deadline to supplement disclosures and discovery responses is continued from August 14, 2026, to **October 13, 2026**;

5. Dispositive motion deadline is continued from September 14, 2026, to **November 13, 2026**;

6. All other aspects of the May 5, 2025, initial pretrial scheduling order, remain in effect for this case.

**IT IS SO ORDERED.**

DATED: February 10, 2026

                Troy L. Nunley
                Chief United States District Judge