

# United States District Court
# Eastern District of California

| James Duggan and Irene Duggan |
| --- |

Plaintiff(s)

Case Number: **2:25-CV-00100-TLN-CKD**

V.

| Biomet Inc., et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Bryan D. Pasciak _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

All Defendants _____

On _____11/08/2018_____ (date), I was admitted to practice and presently in good standing in the

_____USDC for the Southern District of Illinois_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____04/14/2026_____          Signature of Applicant: /s/ ____Bryan D. Pasciak____

**Pro Hac Vice Attorney**

Applicant's Name: Bryan D. Pasciak

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: 320 South Canal Street, Suite 3300

City: Chicago        State: IL        Zip: 60606-5707

Phone Number w/Area Code: (312) 569-1000

City and State of Residence: Hinsdale, Illinois

Primary E-mail Address: bryan.pasciak@faegredrinker.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David P. Koller

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: 1800 Century Park East, Suite 1500

City: Los Angeles        State: CA        Zip: 90067

Phone Number w/Area Code: (310) 203-4000        Bar # 328633

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 15, 2026

_____
JUDGE, U.S. DISTRICT COURT