UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JAMES DUGGAN and IRENE DUGGAN,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING, LLC; BIOMET US RECONSTRUCTION, LLC; and ZIMMER BIOMET HOLDINGS, INC.<br><br>Defendants. | Case No. 2:25-cv-00100-TLN-CKD<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER GRANTING JOINT STIPULATION FOR LIMITED FURTHER EXTENSION OF PRE-TRIAL DEADLINES**<br><br>[Filed Concurrently with Joint Stipulation for Limited Further Extension of Pre-Trial Deadlines]<br><br>Complaint Filed:    January 9, 2025 |

- 1 -

On May 6, 2026, the Parties filed a Joint Stipulation for Limited Further Extension of Pre-Trial Deadlines ("Stipulation"). For the reasons set forth in the Stipulation, the Court finds good cause exists to grant the Stipulation.

Pursuant to the Stipulation of the Parties, the February 2, 2026, Order Granting Stipulation for Limited Extension of Pretrial Deadlines (ECF No. 14), is HEREBY AMENDED as follows:

1.      Fact discovery deadline is continued from May 18, 2026, to **July 17, 2026**;

2.      Deadline to file and serve expert designations and reports is continued from July 10, 2026, to **September 11, 2026**;

3.      Deadline to file and serve supplemental expert designations and reports is continued from August 17, 2026, to **October 16, 2026**;

4.      Deadline to supplement disclosures and discovery responses is continued from October 13, 2026, to **December 14, 2026**;

5.      Dispositive motion deadline is continued from November 13, 2026, to **January 15, 2027**;

6.      All other aspects of the original May 5, 2025, initial pretrial scheduling order, remain in effect for this case.

**IT IS SO ORDERED.**

DATED: May 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

- 2 -