UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JAMES DUGGAN and IRENE DUGGAN,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING, LLC; BIOMET US RECONSTRUCTION, LLC; and ZIMMER BIOMET HOLDINGS, INC.<br><br>Defendants. | Case No. 2:25-cv-00100-TLN-CKD<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER GRANTING JOINT STIPULATION FOR LIMITED FURTHER EXTENSION OF PRE-TRIAL DEADLINES; ALTERNATIVE SERVICE ON DEPONENT**<br><br>[Filed Concurrently with Joint Stipulation for Limited Further Extension of Pre-Trial Deadlines]<br><br>Complaint Filed: January 9, 2025 |

On July 13, 2026, the Parties filed a Joint Stipulation for Limited Further Extension of Pre-Trial Deadlines; Alternative Service on Deponent ("Stipulation"). For the reasons set forth in the Stipulation, the Court finds good cause exists to grant the Stipulation.

Pursuant to the Stipulation of the Parties, the May 7, 2026, Order Granting Joint Stipulation for Limited Extension of Pre-Trial Deadlines (ECF No. 18), is HEREBY AMENDED as follows:

1. Fact discovery deadline is continued from July 17, 2026, to **September 18, 2026**;
2. Deadline to file and serve expert designations and reports is continued from September 11, 2026, to **November 13, 2026**;
3. Deadline to file and serve supplemental expert designations and reports is continued from October 16, 2026, to **December 18, 2026**;
4. Deadline to supplement disclosures and discovery responses is continued from December 14, 2026, to **February 16, 2027**;
5. Dispositive motion deadline is continued from January 15, 2027, to **March 19, 2027**;
6. All other aspects of the original May 5, 2025, initial pretrial scheduling order, remain in effect for this case;
7. The Parties are authorized to serve the deposition subpoena on Dr. William Mishler by alternative service via U.S. Mail.

**IT IS SO ORDERED.**

DATED: July 13, 2026

Troy L. Nunley
Chief United States District Judge