UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JAMES DUGGAN and IRENE DUGGAN,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING, LLC; BIOMET US RECONSTRUCTION, LLC; and ZIMMER BIOMET HOLDINGS, INC.<br><br>Defendants. | Case No. 2:25-cv-00100-TLN-CKD<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER GRANTING JOINT STIPULATION FOR LIMITED EXTENSION OF PRE-TRIAL DEADLINES**<br><br>[Filed Concurrently with Joint Stipulation for Limited Further Extension of Pre-Trial Deadlines]<br><br>Complaint Filed: January 9, 2025 |

On September 15, 2026, the Parties filed a Joint Stipulation for Limited Extension of Pre-Trial Deadlines ("Stipulation"). For the reasons set forth in the Stipulation, the Court finds good cause exists to grant the Stipulation.

Pursuant to the Stipulation, the July 14, 2026, Order Granting Joint Stipulation for Limited Extension of Pre-Trial Deadlines (ECF No. 20), is HEREBY AMENDED as follows:

1. The fact discovery deadline is continued from September 18, 2026, to **November 20, 2026**;

2. Deadline to file and serve expert designations and reports is continued from November 13, 2026, to **January 15, 2027**;

3. Deadline to file and serve supplemental expert designations and reports is continued from December 18, 2026, to **February 19, 2027**;

4. Deadline to supplement disclosures and discovery responses is continued from February 15, 2027, to **April 16, 2027**; and

5. Dispositive motion deadline is continued from March 19, 2027, to **May 21, 2027**.

**IT IS SO ORDERED.**

DATED: September 15, 2026

Troy L. Nunley
Chief United States District Judge