UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

JAMES DUGGAN and IRENE DUGGAN,

Plaintiffs,

v.

BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING, LLC; BIOMET US RECONSTRUCTION, LLC; and ZIMMER BIOMET HOLDINGS, INC.

Defendants.

Case No. 2:25-cv-00100-TLN-CKD

Hon. Troy L. Nunley
Courtroom 2, 15th Floor

**ORDER GRANTING JOINT STIPULATION FOR LIMITED EXTENSION OF PRE-TRIAL DEADLINES**

[Filed Concurrently with Joint Stipulation for Limited Further Extension of Pre-Trial Deadlines]

Complaint Filed: January 9, 2025

On September 15, 2026, the Parties filed a Joint Stipulation for Limited Extension of Pre-Trial Deadlines ("Stipulation"). For the reasons set forth in the Stipulation, the Court finds good cause exists to grant the Stipulation.

Pursuant to the Stipulation, the September 16, 2026, Order Granting Joint Stipulation for Limited Extension of Pre-Trial Deadlines (ECF No. 22), is HEREBY AMENDED as follows:

1. The fact discovery deadline is continued from November 20, 2026, to **January 22, 2027**;

2. Deadline to file and serve expert designations and reports is continued from January 15, 2027, to **March 19, 2027**;

3. Deadline to file and serve supplemental expert designations and reports is continued from February 19, 2027, to **April 23, 2027**;

4. Deadline to supplement disclosures and discovery responses is continued from April 16, 2027, to **June 18, 2027**; and

5. Dispositive motion deadline is continued from May 21, 2027, to **July 23, 2027**.

**IT IS SO ORDERED.**

DATED: November 23, 2026

Troy L. Nunley
Chief United States District Judge